# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Isaiah Harris,<br><br>　　　　Plaintiff,<br>　v.<br><br>Joshua Scarborough, and Summerville Police Department,<br><br>　　　　Defendants. | C/A: 2:25-cv-8280-RMG<br><br>**ORDER** |

Before the court is the Report and Recommendation ("R&R") of the Magistrate Judge recommending that Plaintiff's allegations against the Summerville Police Department (the "Police Department") be dismissed. (Dkt. No. 14). While the Court had previously authorized service against Defendant Joshua Scarborough, the R&R recommends dismissing the Police Department because it is not an entity amendable to suit under 42 U.S.C. § 1983. Plaintiff did not object to the R&R.

The Court **ADOPTS** the R&R as the Order of the Court and dismisses Plaintiff's allegations against the Police Department**.** (Dkt. No. 14). *See Madison v. Shell*, No. 7:22-CV-3549-TMC-JDA, 2022 WL 17156885, at *3 (D.S.C. Nov. 3, 2022), *report and recommendation adopted*, No. 7:22-CV-3549-TMC, 2022 WL 17128451 (D.S.C. Nov. 22, 2022) ("Police departments, buildings, and correctional institutions usually are not considered legal entities subject to suit."). As noted previously, the case will proceed against Defendant Scarborough.

　　**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Richard Mark Gergel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

September 30, 2025
Charleston, South Carolina